## VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday the 7th day of April, 2022.*

Present: Goodwyn, C.J., Mims, Powell, Kelsey, McCullough and Chafin, JJ., and Millette, S.J.

Lisa J. Wills,                                                 Appellant,

 against        Record No. 210318
                   Court of Appeals Nos. 0117-20-4 and 0144-20-4

W. Neil Wills,                                             Appellee.

Upon an appeal from a judgment rendered by the Court of Appeals of Virginia.

Upon consideration of the record, briefs, and argument of counsel, the Court is of the opinion that there is no reversible error in the judgment of the Court of Appeals. Accordingly, the Court affirms the judgment of the Court of Appeals for the reasons stated in *Wills v. Wills*, 72 Va. App. 743 (2021).[*]

This order shall be published in the Virginia Reports and certified to the Court of Appeals of Virginia and the Circuit Court of Arlington County.

A Copy,

Teste:

Clerk

---

[*] In affirming the decision of the Court of Appeals as to the second assignment of error, the Court notes that the trial court's award of prejudgment interest was based on its erroneous application of Code §§ 20-60.3(14) and -78.2. Therefore, the Court's affirmance of the Court of Appeals' decision is limited to its determination that retroactive child support is not synonymous with an "arrearage" requiring an award of prejudgment interest under Code § 20-78.2. The Court takes no position regarding whether prejudgment interest could be awarded as part of a retroactive child support award under Code § 8.01-382.